IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-295 (RGA) |
| | ) |
| ATLANTIC BROADBAND GROUP, LLC, BAJA BROADBAND, LLC, BRIGHT HOUSE NETWORKS, LLC, CABLEVISION SYSTEMS CORPORATION, COX COMMUNICATIONS, INC., MEDIACOM COMMUNICATIONS CORPORATION, METROCAST CABLEVISION, LLC, RCN TELECOM SERVICES, LLC, WAVEDIVISION HOLDINGS, LLC and WIDEOPENWEST FINANCE, LLC, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Jack B. Blumenfeld* |
| David E. Moore (#3983) | Jack B. Blumenfeld (#1014) |
| Bindu A. Palapura (#5370) | Megan E. Dellinger (#5739) |
| Stephanie E. O'Byrne (#4446) | 1201 North Market Street |
| Hercules Plaza – 6th Floor | P.O. Box 1347 |
| 1313 North Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6000 | jblumenfeld@mnat.com |
| dmoore@potteranderson.com | mdellinger@mnat.com |
| bpalapura@potteranderson.com | |
| sobyrne@potteranderson.com | |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Shelia Mortazavi<br>HUNTON ANDREWS KURTH LLP<br>One Broadway<br>New York, NY 10004-1007<br>(212) 425-7200<br><br>*Attorneys for Plaintiff*<br>*C-Cation Technologies, LLC* | Mitchell G. Stockwell<br>Michael J. Turton<br>Richard W. Goldstucker<br>KILPATRICK, TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6214<br><br>*Attorneys for Defendant*<br>*Cox Communications, Inc.*<br><br>Edward J. DeFranco<br>Matthew A. Traupman<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY  10010<br>(212) 849-7000<br><br>Charles K. Verhoeven<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>*Attorneys for Defendants Atlantic*<br>*BroadbandGroup, LLC, Baja Broadband, LLC,*<br>*Bright House Networks, LLC, Cablevision*<br>*Systems Corporation, Mediacom*<br>*Communications, Corp., RCN Telecom*<br>*Services, LLC, WaveDivision Holdings, LLC*<br>*and WideOpenWest Finance, LLC:* |

     SO ORDERED this ___ day of May, 2018.

 

                                          UNITED STATES DISTRICT JUDGE